# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: SOCLEAN, INC., MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to: All Actions | ) Master Docket No: 22-mc-152<br>)<br>) MDL 3021<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF APPLICATION FOR APPOINTMENT PURSUANT TO PRETRIAL ORDER #1

Please be advised that Alyson Oliver withdraws her Application for Appointment Pursuant to Pretrial Order #1 , CM/ECF Document 11.

                                                              Respectfully Submitted,

March 16, 2022                            */s/Alyson Oliver*
                                                       Oliver Law Group PC
                                                       1647 W. Big Beaver Road
                                                       Troy, MI 48084
                                                       (248) 327-6556
                                                       aoliver@oliverlawgroup.com