IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: SoClean, Inc., Marketing, Sales Practices and Products Liability Litigation<br><br>This document applies to: All Cases | Master Docket No.: 2:22-mc-00152-JFC<br><br>MDL No. 3021 |

### PRETRIAL ORDER #5

### APPOINTING THE LEADERSHIP DEVELOPMENT COMMITTEE

**WHEREFORE**, plaintiffs' co-lead counsel filed a Motion to Appoint Leadership Development Committee (ECF No. 47) and requested the court to appoint the following attorneys to serve on a Leadership Development Committee in the above-captioned multi-district litigation ("MDL"): Sarah Bradshaw, Ronald ("Rome") V. Johnson, IV, Richard J. Lajaunie, Sara Watkins, and Danielle Perry,

**NOW**, this 27th day of April 2022, the court **HEREBY** appoints the following attorneys to the Leadership Development Committee in this MDL: Sarah Bradshaw, Ronald ("Rome") V. Johnson, IV, Richard J. Lajaunie, Sara Watkins, and Danielle Perry;

**IT IS FURTHER ORDERED** that the Motion to Appoint Leadership Development Committee (ECF No. 47) is **GRANTED**;

**IT IS FURTHER ORDERED** that the plaintiffs' co-lead counsel shall oversee the incorporation of the talents of the members of the Leadership Development Committee throughout the litigation; and

**IT IS FURTHER ORDERED** that the members of the Leadership Development Committee shall—where appropriate and at the discretion of the plaintiffs' co-lead counsel—meaningfully participate in all phases of this MDL including, but not limited to, participation on committees and subcommittees, drafting master complaints, drafting and arguing briefs, participating in settlement negotiations, and preparing for and taking depositions of lay witnesses and expert witnesses.

**IT IS SO ORDERED.**

/s/ JOY FLOWERS CONTI
JOY FLOWERS CONTI
Senior United States District Court Judge