IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: SOCLEAN, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*SoClean, Inc. v. Koninklijke Philips N.V., et al*, 2:22-cv-00542 | Master Docket No. 22-MC-00152-JFC<br><br>MDL No. 3021 |
| PHILIPS NORTH AMERICA LLC, and PHILIPS RS NORTH AMERICA LLC,<br><br>        Counterclaim-Plaintiffs,<br><br>v.<br><br>SOCLEAN, INC. and DW MANAGEMENT SERVICES, LLC,<br><br>        Counterclaim-Defendants. | |

### SOCLEAN INC.'S MOTION TO EXCLUDE AND STRIKE CERTAIN OPINIONS OF PHILIPS' DAMAGES EXPERT MARIA E. GARIBOTTI, PH.D.

Pursuant to Rule 702 of the Federal Rules of Evidence and Rules 26 and 37 of the Federal Rules of Civil Procedure, and this Court's Rules for Pretrial and Trial Matters, Plaintiff and Counterclaim-Defendant SoClean, Inc. ("SoClean") requests that the Court grant its Motion to Exclude Certain Opinions of Philips' Damages Expert Maria E. Garibotti, Ph.D. Dr. Garibotti's opinions concerning testing and recall-related costs should be excluded because they are unreliable and do not fit the case. Additionally, Dr. Garibotti's opinions that rely on third-party valuations should be excluded as unreliable. Lastly, Dr. Garibotti's rebuttal opinion concerning Philips'

prejudgment interest and any opinion reflected in her supplemental exhibits should be stricken as untimely.

The grounds in support of this Motion are set forth in SoClean's Memorandum of Law in Support of Motion to Exclude and Strike Certain Opinions of Philips' Damages Expert Maria E. Garibotti, Ph.D. and accompanying exhibits, which are filed herewith.

Dated: May 22, 2025

/s/ *Colin Cabral*
Colin Cabral (BBO # 670234)
Michael Hackett (BBO # 676693)
James Anderson (BBO # 693781)
Genesis Sanchez Tavarez (BBO # 706226)
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110
p: 617-526-9600
f: 617-526-9899
ccabral@proskauer.com
mhackett@proskauer.com
jaanderson@proskauer.com
gsancheztavarez@proskauer.com

William Komaroff (NY # 2698157)
Jeffrey Warshafsky (NY # 4993069)
William Walsh, Jr. (NY # 5381702)
Nicole Swanson (NY # 5918131)
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
p: 212-969-3000
f: 212-969-2900
wkomaroff@proskauer.com
jwarshafsky@proskauer.com
wwalsh@proskauer.com
nswanson@proskauer.com

*Attorneys for SoClean, Inc.*

**CERTIFICATE OF SERVICE**

This is to certify that on the 22nd day of May, 2025, the foregoing document was electronically filed with the Clerk of the United States District Court for the Western District of Pennsylvania, using the CM/ECF system, which will send notification of such filing to all counsel of records. This document was filed electronically and is available for viewing and downloading from the ECF system.

/s/ *Colin Cabral*