IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: SOCLEAN, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*SoClean, Inc. v. Koninklijke Philips N.V., et al,* 2:22-cv-00542 | Master Docket No. 22-MC-00152-JFC<br><br>MDL No. 3021 |
| PHILIPS NORTH AMERICA LLC, and PHILIPS RS NORTH AMERICA LLC,<br><br>　　　　　Counterclaim-Plaintiffs,<br><br>v.<br><br>SOCLEAN, INC. and DW MANAGEMENT SERVICES, LLC,<br><br>　　　　　Counterclaim-Defendants. | |

## [PROPOSED] ORDER

AND NOW, this _____ day of _____, 2025, upon consideration of SoClean, Inc.'s Motion to Exclude and Strike Certain Opinions of Philips' Damages Expert Maria E. Garibotti, Ph.D., it is HEREBY ORDERED that the Motion is GRANTED.

_____
**HONORABLE JOY FLOWERS CONTI**
Senior United States District Judge

1