IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: SOCLEAN, INC., MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: *SoClean, Inc.* v. *Koninklijke Philips N.V., et al.*, 2:22-cv-542 | Master Docket: No. 22-mc-152<br><br>MDL No. 3021 |
| PHILIPS NORTH AMERICA LLC and PHILIPS RS NORTH AMERICA LLC,<br><br>        Counterclaim-Plaintiffs,<br><br>v.<br><br>SOCLEAN, INC. and DW MANAGEMENT SERVICES, LLC,<br><br>        Counterclaim-Defendants. | |

**PHILIPS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO SOCLEAN'S MOTION TO EXCLUDE AND STRIKE CERTAIN OPINIONS OF PHILIPS' DAMAGES EXPERT, MARIA E. GARIBOTTI, PH.D.**

Pursuant to Rule 4 of the Court's Pretrial Procedure for Civil Cases, the Philips parties respectfully requests that the Court grant them leave to file the attached Supplemental Memorandum in Opposition to SoClean's Motion to Exclude and Strike Certain Opinions of Philips' Damages Expert, Maria E. Garibotti, Ph.D.

SoClean's motion to exclude and to strike Dr. Garibotti included only one paragraph discussing the issue of causation. (ECF No. 953, at 10.) Nonetheless, SoClean devoted a significant portion of its presentation at the *Daubert* hearing to this topic. Even more, this discussion occurred at the conclusion of day two of the *Daubert* hearing, when proceedings were wrapping up so that attendees could catch flights. Given the importance of this issue to Philips' counterclaims for damages, as well as the fact that Special Master Vanaskie already rejected

-2-

SoClean's argument when SoClean previously made it on summary judgment, Philips respectfully requests leave to submit the attached supplemental memorandum.

Dated: July 18, 2025    Respectfully submitted,

  /s/ *William B. Monahan*
Tracy Richelle High (NY Bar No. 3020096)
hight@sullcrom.com
William B. Monahan (NY Bar No. 4229027)
monahanw@sullcrom.com
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004-2498
Tel:  (212) 558-4000
Fax:  (212) 558-3588

Michael H. Steinberg (of counsel)
steinbergm@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, CA  90067
Tel:  (310) 712-6670
Fax:  (310) 712-8800

*Counsel for Philips North America LLC*

  /s/ *Erik T. Koons*
Erik T. Koons (NY Bar No. 2941102)
erik.koons@bakerbotts.com
Sterling A. Marchand  (D.C. Bar No. 1001065)
sterling.marchand@bakerbotts.com
BAKER BOTTS LLP
700 K Street, NW
Washington, DC  20001
Tel:  (202) 639-7973
Fax:  (202) 585-1086

  /s/ *Andrew T. George*
Andrew T. George (PA Bar No. 208618)
andrew.george@bgblawyers.com
BOURELLY, GEORGE + BRODEY PLLC
1050 30th Street, NW
Washington, DC  20007
Tel:  (202) 753-5012
Fax:  (703) 465-8104

*Counsel for Philips RS North America LLC*