## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: SOCLEAN, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | |
| This Document Relates to: | Master Docket No. 22-MC-00152-JFC |
| *SoClean, Inc. v. Koninklijke Philips N.V., et al,* 2:22-cv-00542 | MDL No. 3021 |
| PHILIPS NORTH AMERICA LLC and PHILIPS RS NORTH AMERICA LLC, | |
| Counterclaim-Plaintiffs, | |
| v. | |
| SOCLEAN, INC. and DW MANAGEMENT SERVICES, LLC, | |
| Counterclaim-Defendants. | |

**[PROPOSED] ORDER GRANTING PHILIPS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO SOCLEAN'S MOTION TO EXCLUDE AND STRIKE CERTAIN OPINIONS OF PHILIPS' DAMAGES EXPERT, MARIA E. GARIBOTTI, PH.D.**

AND NOW, this _____ day of _____, 2025, upon consideration of Philips'
Motion for Leave to File Supplemental Memorandum in Opposition to SoClean's Motion to
Exclude and Strike Certain Opinions of Philips' Damages Expert, Maria E. Garibotti, Ph.D., it is
**HEREBY ORDERED** that the Motion is **GRANTED**.  The Philips parties shall file a copy of
their Supplemental Memorandum in Opposition on the docket.

_____
**HONORABLE JOY FLOWERS CONTI**
Senior United States District Judge