# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: SOCLEAN, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*SoClean, Inc. v. Koninklijke Philips N.V., et al*, 2:22-cv-00542 | Master Docket No. 22-MC-00152-JFC<br><br>MDL No. 3021 |
| PHILIPS NORTH AMERICA LLC, and PHILIPS RS NORTH AMERICA LLC,<br><br>        Counterclaim-Plaintiffs,<br><br>v.<br><br>SOCLEAN, INC. and DW MANAGEMENT SERVICES, LLC,<br><br>        Counterclaim-Defendants. | |

## ORDER

AND NOW, this 4th day of August, 2025, upon consideration of SoClean, Inc. ("SoClean")'s Motion for Leave to File Under Seal Portions of its Supplemental Memorandum of Law in Support of its Motion to Exclude and Strike Certain Opinions of Philips' Damages Expert, Maria E. Garibotti, Ph.D., it is HEREBY ORDERED that the Motion is GRANTED.

SoClean is directed to file unredacted copies of its supplemental memorandum under seal.

                                                  s/Joy Flowers Conti
                                                  **HONORABLE JOY FLOWERS CONTI**
                                                  Senior United States District Judge