IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: SOCLEAN, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*SoClean, Inc. v. Koninklijke Philips N.V., et al*, 2:22-cv-00542 | Master Docket No. 22-MC-00152-JFC<br><br>MDL No. 3021 |
| PHILIPS NORTH AMERICA LLC, and PHILIPS RS NORTH AMERICA LLC,<br><br>        Counterclaim-Plaintiffs,<br><br>v.<br><br>SOCLEAN, INC. and DW MANAGEMENT SERVICES, LLC,<br><br>        Counterclaim-Defendants. | |

## ORDER

AND NOW, this 30th day of September 2025, upon consideration of SoClean, Inc. ("SoClean")'s Motion for Leave to File Under Seal Portions of its Objection to the Report and Recommendation Concerning SoClean's Motion to Exclude the Opinions of Dr. Maria E. Garibotti Regarding Philips' Claimed Damages and supporting exhibits thereto it is HEREBY ORDERED that the Motion is GRANTED.

SoClean is directed to file unredacted copies of its Objection and exhibits under seal.

                                                s/Joy Flowers Conti
                                                **HONORABLE JOY FLOWERS CONTI**
                                                Senior United States District Judge